# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## ADMINISTRATIVE ORDER
### No. 13-01

Reassignment of Judge Manuel Barbosa's Cases

IT IS ORDERED that all pending Western Division cases, and any related adversary proceedings, on the calendar of Judge Manuel Barbosa are reassigned to Judge Thomas M. Lynch.

IT IS FURTHER ORDERED that all pending Kane County Chapter 7 and 13 cases and any related adversary proceeding, on the calendar of Judge Manuel Barbosa are reassigned to Judge Carol A. Doyle.

IT IS THEREFORE ORDERED that the Clerk is authorized to modify the Court's electronic case management records to conform with the provisions of this order; and

IT IS HEREBY ORDERED that this order shall be effective on January 1, 2013.

ENTERED:

_____
Bruce W. Black
Chief Bankruptcy Judge

Dated: 12-20-12